[No. 22561-1-II. Division Two. August 13, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS DEAN ESPEY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-1-02497-1, Brian Tollefson and Terry D. Sebring, JJ., entered October 16, 1997. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater, C.J., and Hunt, J.

[No. 22640-5-II. Division Two. August 13, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. CLIFFORD GEORGE WEBER, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 97-1-00504-1, Stephen M. Warning, J., entered November 4, 1997. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Armstrong, A.C.J., and Houghton, J.

[No. 22663-4-II. Division Two. August 13, 1999.]

THE STATE OF WASHINGTON, *Appellant*, v. RICHARD CONANT, *Respondent*.

Appeal from a judgment of the Superior Court for Mason County, No. 96-1-00366-2, James B. Sawyer II, J., entered October 31, 1997. *Reversed* by unpublished opinion per Hunt, J., concurred in by Bridgewater, C.J., and Morgan, J.

[No. 22805-0-II. Division Two. August 13, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. LAVERNE CHARLES HAYDEN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-1-02359-2, Nile E. Aubrey, J., entered December 3, 1997. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater, C.J., and Morgan, J.